IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JEFFERY EARL MATLOCK                                                    PLAINTIFF

V.                          CASE NO. 3:15-CV-3083

WARDEN DANNY HICKMAN; LIEUTENANT
JUAN CRIBBS, Jail Commander; CORPORAL HALL;
SERGEANT CORY SPAIN; CORPORAL BERNER;
and OFFICER GUSTIN                                                      DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 29) filed in this case on July 21, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 19) is **DENIED.**

**IT IS SO ORDERED** on this 17th day of August, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE